[No. 29072-3-II.  Division Two.  May 11, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JERALD WAYNE DAVENPORT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-02097-0, Roger A. Bennett, J., entered July 5, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 29321-8-II.  Division Two.  May 11, 2004.]

BISHOP OF VICTORIA CORPORATION SOLE, *Respondent*, v. JOSEPH C. FINLEY, ET AL., *Appellants*.

JOSEPH C. FINLEY, *Appellant*, v. BISHOP OF VICTORIA CORPORATION SOLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-2-01783-6, Daniel J. Berschauer, J., entered September 13, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Hunt, JJ.

[No. 29332-3-II.  Division Two.  May 11, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL NATHAN JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-8-00637-5, Diane M. Woolard, J., entered September 17, 2002. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Houghton, J.

[No. 30417-1-II.  Division Two.  May 11, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON MICHELLE DAMPIER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-00146-2, James E. Warme, J., entered May 21, 2003. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.